**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**BIG JOHN HUNT
 a/k/a JOHN D. HUNT, JR.,[1]
          Plaintiff,**

**vs.**                                          **Case No.  5:04cv200/SPM/MD**

**BAY COUNTY, et al.,
          Defendants.**

---

**REPORT AND RECOMMENDATION**

  **This cause is before the court upon referral from the clerk.   Plaintiff commenced this action on August 6, 2004 by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*.  (Docs. 1 & 2).**

  **On April 11, 2005 this court entered an order directing plaintiff to submit the appropriate number of service copies of his amended complaint within twenty days. (Doc. 18).  Plaintiff was warned that failure to comply with the order would result in dismissal of his case.  Shortly thereafter, plaintiff submitted a notice of change of address. (Doc. 19).  Copies of the court's April 11, 2005 order were mailed to plaintiff at his prior address <u>and</u> at the address provided in his notice.  (Docs. 18, 20 & 22). The copy of the order mailed to plaintiff at his prior address was returned as undeliverable on April 18, 2005, (doc. 21); however, those copies mailed to plaintiff at the address provided in his notice of change of address were not returned.[2]**

  **After receiving no response from plaintiff, on July 25, 2005 the court issued**

---

[1]The inmate account statement submitted by plaintiff indicates that he is incarcerated under the name John D. Hunt, Jr.  (*See* Doc. 2).

[2]The court twice mailed a copy of the April 11, 2005 order to plaintiff at the new address provided in his notice -- once on April 14, 2005 and again on May 10, 2005.  (Docs. 20 & 22, respectively).

an order requiring plaintiff to show cause within  twenty (20) days why this case should not be dismissed for his failure to prosecute and failure to comply with an order of the court.  (Doc. 23).  Over twenty days has elapsed since that date and plaintiff has not responded to the order.  In fact, no communication from plaintiff has been received since April 14, 2005.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

2.  That the clerk be directed to close the file.

DONE AND ORDERED this 18th day of August, 2005.


/s/ *Miles Davis*

**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**


**<u>NOTICE TO THE PARTIES</u>**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**