IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BIG JOHN HUNT
 a/k/a JOHN D. HUNT, JR.,

    Plaintiff,

vs.                                  CASE NO.  5:04cv200-SPM/MD

BAY COUNTY, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated August 18, 2005 (doc. 24).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 24) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice for failure to comply with

an order of the court and failure to prosecute this action.

       3.       The clerk shall close the file.

DONE AND ORDERED this 26th day of September, 2005.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge